[No. 30302-7-II.  Division Two.  March 9, 2004.]

*In the Matter of the Marriage of* JEFFREY R. NELSON, *Appellant*, and MARCIA M. NELSON, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 97-3-02707-1, James R. Orlando, J., entered March 1, 2003. *Reversed* by unpublished opinion per Armstrong, J., concurred in by Quinn-Brintnall, A.C.J., and Seinfeld, J.

[No. 30441-4-II.  Division Two.  March 9, 2004.]

JOHN D. WELSH, *Appellant*, v. THE EMPLOYMENT SECURITY DEPARTMENT, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 02-2-07816-3, Thomas P. Larkin, J., entered June 4, 2003. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Quinn-Brintnall, A.C.J., and Seinfeld, J.

[No. 21477-0-III.  Division Three.  March 11, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. DUSTIN M. FRY, *Appellant*.

Appeal from judgments of the Superior Court for Douglas County, No. 02-8-00009-5, John E. Bridges, J., and Judith L. McCauley, J. Pro Tem., entered April 17 and November 5, 2002. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Kato, A.C.J., and Schultheis, J.